PS 8
(12/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 28 2011

JAMES R LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

U.S.A. vs.          Rosanna L. Perez          Docket No.          2:11CR02086-EFS-1

**Petition for Action on Conditions of Pretrial Release**

COMES NOW James A. Moon, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Rosanna L. Perez who was placed under pretrial release supervision by the Honorable James P. Hutton sitting in the Court at Yakima, Washington, on the 22nd day of November 2011, under the following conditions:

**Condition #1**: Defendant shall not commit any offense in violation of Federal, state or local law.

**Condition #17**: Defendant shall refrain from any use of alcohol.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1**: Rosanna L. Perez is alleged to be in violation of her conditions for pretrial supervision in the Eastern District of Washington by committing the offenses of domestic violence, alcohol violation, and/or public disturbance, on November 23, 2011.

**Violation #2**: Rosanna L. Perez is alleged to be in violation of her conditions for pretrial supervision in the Eastern District of Washington by consuming alcohol on November 23, 2011.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     11/28/2011

by     s/James A. Moon

James A. Moon
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[x] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*James P. Hutton*
Signature of Judicial Officer

11/28/2011
Date