PROB 12C
(7/93)

Report Date: November 12, 2013

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 25 2013

SEAN F. McAVOY, CLERK
DEPUTY
RICHLAND, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Rosanna L. Perez    Case Number: 0980 2:11CR02086-001

Address of Offender: 5360 S. Harrah Rd., Harrah, Washington 98933

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: July 11, 2012

Original Offense: Crime on Indian Reservation - Assault Resulting in Substantial Bodily Injury, 18 U.S.C. §§ 1153 & 113(a)(7)

Original Sentence: Prison 15 months; TSR - 36 months    Type of Supervision: Supervised Release

Asst. U.S. Attorney: Thomas J. Hanlon    Date Supervision Commenced: September 1, 2012

Defense Attorney: Rick Lee Hoffman    Date Supervision Expires: October 6, 2015

---

### PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 21**: Defendant shall have no contact with the victim in person, by letter or other communication devices, audio or visual devices, or through a third party, unless authorized by the supervising officer with approval of Child Protective Services and any family court having jurisdiction over the Victim. Defendant shall not enter the premises or loiter within 1000 feet of the victim's residence or school. This conditions is subject to review by the Court after commencement of supervision in the community upon a motion by the defendant. |

**Supporting Evidence**: Ms. Perez went to the victim's residence without permission on October 25, and November 3, 2013.

On November 4, 2013, Ms. Perez was confronted on her going to the victim's residence without permission. The defendant admitted having been over at the victim's residence about 2 weeks prior, but reported being there to see her son who also resides in the same residence as the victim. Ms. Perez denied having any contact with the victim. On November 5, 2013, the victim's foster parent called the probation office and reported Ms. Perez showed up at the residence unannounced on October 25, and November 3, 2013. Ms. Perez only noted having been at the victim's residence nearly 2 weeks prior, but failed to mentioned she had been there as recent as the previous day.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 12, 2013

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Edward F. Shea
Signature of Judicial Officer

November 25, 2013
Date